**John E. Phillips, Attorney at Law, P.C.**
975 N. Silverbell Rd. #87968
Tucson, AZ 85754
Telephone: (520) 441-2800
E-mail: John@Johnephillips.com
State Bar Number: 015243
Attorney for Plaintiff and Interested Party

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Carrol Debusk,<br>　　　　　Plaintiff,<br>　vs.<br>The Lincoln National Life Insurance Company,<br>　　　　　Defendants. | Case No: 3:21-cv-08072-SMB<br><br>**Suggestion of Death** |

　　　Now comes Interested Party and Successor to Plaintiff, Doug Debusk, by and through his attorney, John E. Phillips, suggests upon the record, pursuant to Rule 25(a)(1), the death of Carrol Debusk, Plaintiff, during the pendency of this action. It is requested that this matter be held in abeyance for no more than 90 days to allow the substitution of Doug Debusk as substitute party.

　　　**DATED** this 23rd day of September, 2021.

　　　　　　　　　　　　　　　　/s/John E. Phillips
　　　　　　　　　　　　　　　JOHN E. PHILLIPS,
　　　　　　　　　　　　　　　Attorney at Law, P.C.
　　　　　　　　　　　　　　　Attorney for Plaintiff and Interested Party