IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Doug Debusk,<br><br>           Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company LGAA LLC,<br><br>           Defendant. | No. CV-21-08072-PCT-SMB<br><br>**ORDER** |

The Court has been advised that this case has settled. (Doc. 27)

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 45 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending hearings and deadlines are vacated.

3. All pending motions are found to be moot.

4. The Clerk is directed to **terminate** this matter on **February 28, 2022** without further leave of Court.

Dated this 13th day of January, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge